UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BAMAKO WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 12 C 1251 |
| | ) | |
| vs. | ) | Judge Myerscough |
| | ) | Magistrate Judge Cudmore |
| CITY OF JACKSONVILLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**  *no counsel of record*

**PLEASE TAKE NOTICE** that on Tuesday, August 7, 2012, I have filed with the Clerk of the Court of the United States District Court for the Central District of Illinois, Springfield Division, the accompanying **First Amended Complaint.**

## CERTIFICATE OF SERVICE

I, Lawrence V. Jackowiak, certify that on Tuesday, August 7, 2012, this notice and the above-described document(s) were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Lawrence V. Jackowiak
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595